UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**BARBARA WINGET,**

      **Plaintiff,**              **CASE NO.:**

vs.

**CORPORATE GREEN, LLC.**
**A Louisiana Limited Liability**
**Company,**

      **Defendant.**
_____/

## COMPLAINT & DEMAND FOR JURY TRIAL

1. Plaintiff, BARBARA WINGET, ("Plaintiff"), was an employee of Defendant, CORPORATE GREEN, LLC, ("Defendant"), and brings this action for unpaid overtime compensation, declaratory relief and other relief under the Fair Labor Standards Act, as amended, 29 U.S.C. § 216(b) (the "FLSA").

2. Plaintiff was a landscaper and performed related activities for Defendants in East Baton Rouge Parish, Louisiana.

3. Defendant, CORPORATE GREEN, LLC, is a Louisiana corporation that operates and conducts business in, among others, East Baton Rouge Parish, Louisiana, and is therefore, within the jurisdiction of this Court.

4. This action is brought under the FLSA to recover from Defendant overtime compensation, liquidated damages, and reasonable attorneys' fees and costs.

5. This Court has jurisdiction over Plaintiff's claims pursuant to 28 U.S.C. §1337 and the FLSA.

6. At all material times relevant to this action, Defendant was an enterprise covered by the FLSA, and as defined by 29 U.S.C. § 203(r) and 203 (s).

7. At all times relevant to this action, Defendant failed to comply with 29 U.S.C. §§ 201-209, because Plaintiff performed services for Defendant for which no provisions were made by Defendant to properly pay Plaintiff for those hours worked in excess of forty within a work week.

8. During her employment with Defendant, Plaintiff was not paid time and one-half her regular rate of pay for all hours worked in excess of forty (40) per work week during one or more work weeks.

9. Upon information and belief, the records, to the extent any exist, concerning the number of hours worked and amounts paid to Plaintiff are in the possession and custody of Defendant.

## COUNT I - RECOVERY OF OVERTIME COMPENSATION

10. Plaintiff reincorporates and readopts all allegations contained within Paragraphs 1-9 above.

11. Plaintiff is/was entitled to be paid time and one-half her regular rate of pay for each hour worked in excess of forty (40) per work week. During her employment with Defendant, Plaintiff regularly worked overtime hours but was not paid time and one half compensation for same.

12. As a result of Defendants' intentional, willful, and unlawful acts in refusing to pay Plaintiff time and one half her regular rate of pay for each hour worked in excess of forty (40) per work week in one or more work weeks, Plaintiff has suffered damages plus incurring reasonable attorneys' fees and costs.

13. As a result of Defendant's willful violation of the FLSA, Plaintiff is entitled to liquidated damages.

14. Plaintiff demands a trial by jury.

WHEREFORE, Plaintiff demands judgment against Defendant for the payment of all overtime hours at one and one-half the regular rate of pay for the hours worked by her for which Defendant did not properly compensate her, liquidated damages, reasonable attorneys' fees and costs incurred in this action, and any and all further relief that this Court determines to be just and appropriate.

Dated this 20th day of April, 2009.

/s/     *Eulis Simien, Jr.*
Eulis Simien, Jr. Esquire
LBN: 12077
Simien & Simien, LLC
7908 Wrenwood Boulevard
Baton Rouge, Louisiana 70809
Telephone: (225) 932-9221
Fascimile: (225) 932-9286
Email: EulisSimien@simien.com
Attorneys for Plaintiff

CVL/cvl
999999